**Order entered September 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00147-CR

**ROBERT EARL MARZETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-83797-2014**

## ORDER

On August 31, 2015, the Court ordered appellant to file his brief in this appeal within fifteen days. The Court, however, had received appellant's brief at the same time it received the brief in cause no. 05-15-00148-CR. The brief in 05-15-00147-CR, however, was inadvertently not docketed. Accordingly, we **VACATE** the August 31, 2015 order. Appellant's brief is considered properly filed.

/s/     ADA BROWN
        JUSTICE